UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-5123-MWF(JEMx)**                                        Dated: **May 26, 2015**

Title:    Skechers U.S.A., Inc., et al. -*v*- FILA U.S.A., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                                                None Present
    Courtroom Deputy                                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                                                 None Present

PROCEEDINGS (IN CHAMBERS):              COURT ORDER

    In light of the Mediation Report filed by mediator David Grace on May 22, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 22, 2015 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                      Initials of Deputy Clerk   __cw__
CIVIL - GEN

-1-