JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC. II, <br><br> Plaintiffs, <br><br> v. <br><br> FILA U.S.A., INC. and Does 1-10 inclusive, <br><br> Defendants. | Case No. 2:14-cv-05123-MWF-JEM <br><br> ORDER DISMISSING THE ACTION WITH PREJUDICE |

Based upon the Stipulation of Dismissal with Prejudice and Proposed Order re Same filed by the parties, the Court dismisses this action with prejudice. Each party shall pay its own attorney's fees and costs.

IT IS SO ORDERED.

Date: June 19, 2015

_____
Hon. Michael W. Fitzgerald
United States District Judge

1

[PROPOSED] ORDER DISMISSING THE ACTION WITH PREJUDICE